THE HONORABLE JAMES L. ROBART

1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

9

10 PASSPORT UNLIMITED, INC.,

Plaintiff,

Civil Action No. 2:16-cv-01189

11

[~~PROPOSED~~] ORDER GRANTING
MOTION TO DISMISS FOR
INSUFFICIENT SERVICE OF PROCESS
PURSUANT TO FRCP 12(b)(5) ~~AND FOR
FAILURE TO DISCLOSE PURSUANT TO
FRCP 37(c)~~

12

13 v.

14 TWO PARTS, LLC,

Defendant.

15

16

17 THIS MATTER is before the Court on Defendant's Motion to Dismiss for Insufficient

18 Service of Process pursuant to FRCP 12(b)(5) and for Failure to Disclose Pursuant to FRCP

19 37(c). Having considered the brief~~s of the parties~~, supporting evidence, and argument of counsel

*[handwritten: Defendant's]*  *[handwritten: Plaintiff's failure to respond to the motion, see Local Rules W.D. Wash. LCR 7(b)(2)]*

20 (if any), the court GRANTS the motion. The Complaint filed by Passport Unlimited, Inc. is

*[handwritten: pursuant to Fed. R. Civ. P. 12(b)(5)]*

21 hereby dismissed ~~with~~ prejudice.  *[handwritten: without]*

22 IT IS SO ORDERED:

23

24 DATED this __4th__ day of __October__, 2017.

*[handwritten: ("Except for motions for summary judgment, if a party fails to file papers in opposition to a motion, such failure may be considered by the court as an admission that the motion has merit.")]*

25

26

THE HONORABLE JAMES L. ROBART

27

LOWE GRAHAM JONES PLLC
701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
206.381.3300 • F: 206.381.3301

1

2    *Presented by:*

3    LOWE GRAHAM JONES PLLC

4    s/Mark P. Walters
     Mark P. Walters, WSBA No. 30819
     E-mail: walters@lowegrahamjones.com
5    701 Fifth Avenue, Suite 4800
     Seattle, WA  98104-7097
6    Telephone: (206) 381-3300
     Facsimile: (206) 381-3301
7

8    *Attorneys for Plaintiff iShow.com.*

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

[PROPOSED] ORDER GRANTING
MOTION TO DISMISS - 2
Civil Action No. 2:16-cv-01189
TFRT-6-1001P07 PO

LOWE GRAHAM JONES PLLC



701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
206.381.3300 • F: 206.381.3301

## CERTIFICATE OF SERVICE

1

2
3  I, Mark P. Walters, hereby certify that I am an employee of Lowe Graham Jones PLLC and that on, August 16, 2017 I electronically filed the foregoing with this **CERTIFICATE OF**
4  **SERVICE** with the Clerk of the Court using the CM/ECF system and served the following attorneys of record:

5

6                    Stephen M. Evans, WSBA No. 20481
                    SOUND INTELLECTUAL PROPERTY PLLC
7                          P.O. Box 1972
                        Vashon, WA  98070-1972
8                         Ph: (803) 272-8368
                          Fax: (206) 629-8963
9                     Email: steve@sound-ip.com

10

11                *Attorneys for Plaintiff Passport Unlimited, Inc.*

12

13                         s/Mark P. Walters
                           Name

14

15

16

17

18

19

20

21

22

23

24

25

26

27
[~~PROPOSED~~] ORDER GRANTING
MOTION TO DISMISS - 3
Civil Action No. 2:16-cv-01189
TPRT-6-1001P07 PO

LOWE GRAHAM JONES PLLC

701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
206.381.3300 • F: 206.381.3301